# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          Plaintiff,<br><br>    v.<br><br><br><br>Ruben RUBIO-Nunez,<br><br><br><br><br>          Defendant. | Magistrate Docket No. 23mj750<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. § 1325(a)(1) Improper Attempted Entry By An Alien (Misdemeanor) |

The undersigned complainant being, duly sworn, states:

On or about March 5, 2023, within the Southern District of California, defendant, Ruben RUBIO-Nunez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 7, 2023.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Ruben RUBIO-Nunez

## PROBABLE CAUSE STATEMENT

On Sunday March 5, 2023, Border Patrol Agent A. Salinas was conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility. Agent Salinas responded to a broadcast, via service radio, of three individuals, making an illegal entry into the United States in an area known to by Border Patrol Agents as "Big Murphy's." This area is approximately one mile north of the United States/Mexico International Boundary and approximately one mile east of the Otay Mesa, California Port of Entry.

Upon arriving in the area, Agent Salinas found three individuals, including one later identified defendant RUBIO-Nunez, face-down hiding in a large bush, trying to avoid detection. Agent Salinas identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Each individual, including RUBIO, stated that they are citizens of Mexico and not in possession of any proper immigration documentation allowing them to be or remain in the United States legally. At approximately 10:05 PM, Agent Salinas placed each individual, to include RUBIO, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on March 5, 2023.